# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

**Case No.:** 21-50102  
**Case Name:** HOLTS TRUCKING LLC  
**For Period Ending:** 06/30/2022

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/17/2021 (f)  
**§ 341(a) Meeting Date:** 03/19/2021  
**Claims Bar Date:** 06/30/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Checking Account at Allegacy FCU Included in the UCC by Love's Solutions, LLC, xxxxxx4715<br>Loves was not owed any money, confirmed by Love's in email on 5/12/21. | 1,439.29 | 1,439.29 | | 1,434.26 | FA | 0.00 | 0.00 |
| 2 | A/R 90 days old or less. Face amount = $20,024.93. Doubtful/Uncollectible accounts = $0.00. | 20,024.93 | 20,024.93 | | 9,497.49 | FA | 0.00 | 0.00 |
| 3 | A/R 90 days old or less. Face amount = $1,758.94. Doubtful/Uncollectible accounts = $0.00. | 1,758.94 | 1,758.94 | | 1,758.94 | FA | 0.00 | 0.00 |
| 4 | Other inventory or supplies: Misc. equipment, Net Book Value: $1,500.00<br>Iron Horse Auctioneers reviewed pics of remaining items left by Holts, stated 3/24/21 that $4500 was good price. Order entered 7/1/21 approving private sale of Asset #4, #5, #6 to CRG Trucking for $4500, Dkt #34 | 1,500.00 | 1,500.00 | | 1,500.00 | FA | 0.00 | 0.00 |
| 5 | (3) office chairs (3) desks refrigerator.<br>Iron Horse Auctioneers reviewed pics of remaining items left by Holts, stated 3/24/21 that $4500 was good price. Order entered 7/1/21 approving private sale of Asset #4, #5, #6 to CRG Trucking for $4500, Dkt #34 | 400.00 | 400.00 | | 500.00 | FA | 0.00 | 0.00 |
| 6 | (5) Computers (2) scanners (1) paper shredder (21) cameras Included in UCC by Love's Solutions, LLC (2) DVRs (2) TV monitors.<br>Loves was not owed any money, camera equipment did not have lien - confirmed by Love's in email on 5/12/21. Iron Horse Auctioneers reviewed pics of remaining items left by Holts, stated 3/24/21 that $4500 was good price. Order entered 7/1/21 approving private sale of Asset #4, #5, #6 to CRG Trucking for $4500, Dkt #34 | 2,500.00 | 2,500.00 | | 2,500.00 | FA | 0.00 | 0.00 |
| 7 | Allegacy Federal Credit Union Savings Account (u)<br>Allegacy Federal Credit Union Savings Account | 5.00 | 5.00 | | 5.00 | FA | 0.00 | 0.00 |
| 8 | State of Arizona (u)<br>State of Arizona Disbursement | 672.44 | 672.44 | | 672.44 | FA | 0.00 | 0.00 |
| 9 | NC State Sales and Use Tax Refund (u) | 2,913.01 | 2,913.01 | | 2,913.01 | FA | 0.00 | 0.00 |
| 10 | United Healthcare Services Inc. (u)<br>Refund of unused credits | 2,124.54 | 2,124.54 | | 2,124.54 | FA | 0.00 | 0.00 |
| 11 | Refund - Pine Hill Oil, Inc (u)<br>Refund from Pine Hill Oil, Inc. "Refund pumpout" | 798.10 | 798.10 | | 798.19 | FA | 0.00 | 0.00 |
| 12 | Oregon Department of Transportation - Bond Refund & Weight/Reg Refund (u)<br>Bond Refund - $3279.48<br>Weight Mile Tax/Reg Refund - $102.20 | 3,381.68 | 3,381.68 | | 3,381.68 | FA | 0.00 | 0.00 |
| 13 | WEX, Inc. - Refund (u)<br>WEX, Inc. - Refund | 5,997.89 | 5,997.89 | | 5,997.89 | FA | 0.00 | 0.00 |
| 14 | Surry-Yadkin Electric Corp (u)<br>Rebate check from Surry-Yadkin Electric. | 33.83 | 33.83 | | 33.83 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 21-50102  
**Case Name:** HOLTS TRUCKING LLC  
**For Period Ending:** 06/30/2022

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/17/2021 (f)  
**§ 341(a) Meeting Date:** 03/19/2021  
**Claims Bar Date:** 06/30/2021

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** | **Lien Amount** | **Exempt Amount** |
| 14 — Assets Totals (Excluding unknown values) | $43,549.65 | $43,549.65 | | $33,117.27 | $0.00 | $0.00 | $0.00 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

6th QSR.  Trustee reviewing TFR.

*Bank account opened

**Initial Projected Date Of Final Report (TFR):** 02/28/2022    **Current Projected Date Of Final Report (TFR):** 04/30/2022

07/13/2022  
Date

/s/James Lanik  
James Lanik

Copy Served On:  Mr. William P. Miller  
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-50102 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | HOLTS TRUCKING LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8572 | Account #: | ******8775 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/21 | {3} | Hutchens Petroleum Corporation | A/R Pmt - Hutchens Petroleum | 1121-000 | 410.98 | | 410.98 |
| 03/31/21 | {3} | E-470 Public Highway Authority | A/R Pmt - E-470 Public Highway Authority | 1121-000 | 77.85 | | 488.83 |
| 03/31/21 | {3} | Thermo King Central Carolinas | A/R Pmt - Thermo King Central Carolinas | 1121-000 | 1,270.11 | | 1,758.94 |
| 04/13/21 | {8} | State of Arizona | State of Arizona Disbursement | 1224-000 | 672.44 | | 2,431.38 |
| 04/13/21 | {1} | Allegacy Bank | Allegacy Checking - Acct Closing | 1129-000 | 1,434.26 | | 3,865.64 |
| 04/13/21 | {7} | Allegacy Bank | Allegacy Savings - Acct Closing | 1229-000 | 5.00 | | 3,870.64 |
| 04/18/21 | {9} | NC State Treasurer | NC State Sales and Use Tax Refund | 1224-000 | 2,913.01 | | 6,783.65 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.33 | 6,777.32 |
| 05/03/21 | {10} | United Healthcare Serivces Inc | United Healthcare Services - Refund of Unused Credits | 1290-000 | 2,124.54 | | 8,901.86 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.97 | 8,888.89 |
| 06/22/21 | {11} | Pine Hill Oil, Inc | Refund - Pine Hill Oil, Inc | 1290-000 | 798.19 | | 9,687.08 |
| 06/22/21 | {2} | Carrier Payable Services | A/R - Load #******8069 | 1121-000 | 4,000.00 | | 13,687.08 |
| 06/25/21 | {2} | Loves Solutions LLC | Credits from Love Solutions LLC - Wire transfer in | 1121-000 | 5,497.49 | | 19,184.57 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 18.93 | 19,165.64 |
| 07/14/21 | | James C. Lanik, Trustee | Proceeds from sale of personal property located at business location - funds transferred from trust account | | 4,500.00 | | 23,665.64 |
| | {4} | | Proceeds from Sale of Prop at Business Location $1,500.00 | 1129-000 | | | |
| | {5} | | Proceeds from Sale of Prop at Business Location $500.00 | 1129-000 | | | |
| | {6} | | Proceeds from Sale of Prop at Business Location $2,500.00 | 1129-000 | | | |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.56 | 23,631.08 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.39 | 23,590.69 |
| 09/21/21 | {13} | WEX, Inc. | WEX, Inc. - Refund | 1290-000 | 5,997.89 | | 29,588.58 |
| 09/21/21 | {12} | Oregon Dept. of Transportation | OR Dept of Trans - Bond Refund & Weight/Reg Refund | 1290-000 | 3,381.68 | | 32,970.26 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.81 | 32,928.45 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.01 | 32,877.44 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.20 | 32,821.24 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 54.35 | 32,766.89 |
| 01/04/22 | {14} | Surry-Yadkin Electric Membership Corp | Rebate - Surry-Yadkin Electric | 1290-000 | 33.83 | | 32,800.72 |
| | | | Page Subtotals: | | $33,117.27 | $316.55 | |

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-50102 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | HOLTS TRUCKING LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8572 | Account #: | ******8775 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.80 | 32,749.92 |
| 03/07/22 | 101 | International Sureties, Ltd. | Bond #016036434  Term 3/1/22 thru 3/1/23 | 2300-000 | | 48.41 | 32,701.51 |
| | | | COLUMN TOTALS | | 33,117.27 | 415.76 | $32,701.51 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 33,117.27 | 415.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $33,117.27 | $415.76 | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | | |
|---|---|---|---|
| **Case No.:** | 21-50102 | **Trustee Name:** | James Lanik (530270) |
| **Case Name:** | HOLTS TRUCKING LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8572 | **Account #:** | ******8775 Checking |
| **For Period Ending:** | 06/30/2022 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $33,117.27 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $33,117.27 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8775 Checking | $33,117.27 | $415.76 | $32,701.51 |
| | **$33,117.27** | **$415.76** | **$32,701.51** |

| | |
|---|---|
| 07/13/2022 | /s/James Lanik |
| Date | James Lanik |